Vola M. BROWN, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7299.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2008.

Meredyth D. Cohen, Department of Justice, David J. Barrans, Y. Ken Lee, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Ronald L. Smith, Finnegan, Henderson, Farabow, Washington, DC, for Claimant–Appellant.

ON MOTION

*ORDER*

Vola M. Brown moves without opposition to voluntarily dismiss appeal no. 2007–7299.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Mary E. WRIGHT, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2008–3273.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2008.

Mary E. Wright, Los Angeles, CA, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.